# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

ROCK M. POLLOCK SR., and SHAWNA M. POLLOCK,
on behalf of and as parents and natural guardians of
ROCK POLLOCK, JR., a minor,

Appellants,

v.

FLORIDA BIRTH-RELATED NEUROLOGICAL INJURY
COMPENSATION ASSOCIATION,

No. 2D2023-1803

———————————————

May 1, 2024

Appeal from the Florida Birth-Related Neurological Injury Compensation
Association.

Rock Pollock, Sr. and Shawna Pollock, pro se.

Marc A. Silverman and David W. Black of Frank, Weinberg & Black, P.L.,
Plantation, for Appellee.

PER CURIAM.

   Affirmed.

SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.